IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION


MICHAEL AMBLE, FLOYD COULSON,
JOHN HICKS, ALONZO HOSKINS,
DAVID JOHNSON, CURTIS LANE
JESSICA MASE, JESSICA MORGAN,
MICHAEL RICE,
RICK SAYLES, ROBERT THOMAS,
MATTHEW WALLS,

Case No:_____

on behalf of themselves and all similar
situated persons,

CIVIL RIGHTS CLASS ACTION


Plaintiffs,

v.

JURY TRIAL DEMANDED


TOM SPANGLER Sheriff of Knox
County, Tennessee, in his official and
individual capacities; BERNIE LYON,
Chief Deputy of the Knox County
Sheriff's Department, in his official and
individual capacities; and KNOX
COUNTY, TENNESSEE,

Defendants.

---

## MOTION FOR CLASS CERTIFICATION

---

Plaintiffs, on their behalf, and on behalf of all others similarly situated, moves this Court

for an Order certifying the class, pursuant to Rule 23(c) of the Federal Rules of Civil Procedure.

In support thereof, Plaintiffs would show that the class they propose to represent satisfies

all the prerequisites to a class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure. In further support, Plaintiff relies upon the Memorandum of Law in Support of Motion for Class Certification filed in this matter on this same date.

Further, Plaintiffs seek a hearing on this Motion as soon as possible.

Respectfully submitted this the 23rd day of December, 2018.


s/John E. Eldridge
John E. Eldridge, BPR 006667
Attorney for Plaintiffs
Eldridge & Blakney, P.C.
P.O. Box 398
Knoxville, TN 37901-0398
865-544-2010


s/Francis L. Lloyd, Jr.
Francis L. Lloyd, Jr., BPR 009808
Attorney for Plaintiffs
9111 Cross Park Drive, Suite D200
Knoxville, TN 37923
865-470-4070


Certificate of Service

I hereby certify that this pleading has been attached to the Complaint and will be delivered with the Summons and service of process on the date the Complaint is served, this the 23rd day of December, 2018.


s/John E. Eldridge