UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN HICKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:18-CV-538-TAV-DCP ) |
| KNOX COUNTY, TENNESSEE, | ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendant's motion for judgment on the pleadings [Doc. 56] is **GRANTED** to the extent that this action is **DISMISSED as moot**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ John L. Medearis
    CLERK OF COURT